UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY A. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C04-2441-RSL |
| ) | |
| v. ) | REPORT AND RECOMMENDATION |
| ) | TO DISMISS ACTION FOR FAILURE |
| ANGELA D. ROBINSON, ) | AMEND |
| ) | |
| Defendant. ) | |
| _____ ) | |

Petitioner is proceeding *pro se* in this 42 U.S.C. § 1983 action. On February 8, 2005, this Court issued an Order to Show Cause, which set forth the deficiencies in Plaintiff's complaint. (Dkt. # 5). Plaintiff was informed that he may comply with the Order by filing an amended complaint and was warned that failure to amend his complaint within thirty (30) days would result in a recommendation of dismissal. Id. On February 28, 2005, Plaintiff requested an extension of time to respond to the Order to Show Cause. (Dkt. # 7). On March 18, 2005, the Court granted Plaintiff an additional thirty (30) days to file an amended complaint. (Dkt. # 8).

To date, Plaintiff has not filed an amended complaint as ordered by the Court.

REPORT AND RECOMMENDATION TO
DISMISS ACTION FOR FAILURE TO AMEND
PAGE - 1

1  Accordingly, I recommend that Plaintiff's action be DISMISSED with prejudice pursuant
2  to Federal Rules of Civil Procedure 12(b)(6) and 41(b).
3      DATED this 3rd day of May, 2005.

                                                    */s/ M. Benton*
                                        MONICA J. BENTON
                                        United States Magistrate Judge

REPORT AND RECOMMENDATION TO
DISMISS ACTION FOR FAILURE TO AMEND
PAGE - 2