1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY A. ROBINSON,

        Plaintiff,

  v.

ANGELA D. ROBINSON,

        Defendant.

CASE NO. C04-2441L

ORDER

      The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The matter is **DISMISSED** without prejudice;

    (3)    The Clerk is directed to send a copy of this Order to Plaintiff, and the Hon. Monica J. Benton.

DATED this 31st day of May, 2005.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER
PAGE - 1